# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00205-CV

**Marsha Elaine Fatino, Appellant**

**v.**

**Alison E. Thorn, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-12-003028, HONORABLE GISELA TRIANA-DOYLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed a joint motion to abate the appeal while they pursue mediation to settle their dispute. We grant the motion and abate the appeal. The parties are instructed to file either a status report or a motion to reinstate and dismiss the appeal no later than June 9, 2014.

Before Justices Puryear, Goodwin, and Field

Abated

Filed: April 11, 2014